UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ROBERT Z. WHIPPLE III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAUREL COUNTY )<br>CORRECTIONAL CENTER, et al., )<br>)<br>Defendants. ) | No.: 3:21-CV-21-TAV-DCP |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed contemporaneously with this order, the Clerk is **DIRECTED** to transfer this action to the Eastern District of Kentucky and to **CLOSE** this Court's file.

IT IS SO ORDERED.

ENTER:

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ John L. Medearis
CLERK OF COURT